# Court of Appeals
# of the State of Georgia

ATLANTA,  December 15, 2017

*The Court of Appeals hereby passes the following order:*

**A18E0026. CENSULLO v. CENSULLO.**

Applicant's Emergency Motion for an Extension of Time is hereby Granted. Said application shall be filed on or before December 27, 2017.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  12/15/2017*
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*